MAG
CEM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **Ignacio MORALES-Sandoval,** | ) |
| | ) |
| Defendant | ) |
| | ) |

2008 FEB -4  AM 10: 46

Magistrate Docket No.

**'08 MJ 0305**

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **February 2, 2008** within the Southern District of California, defendant, **Ignacio MORALES-Sandoval,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **FEBRUARY 2008.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

*CEM*

**CONTINUATION OF COMPLAINT:**
**Ignacio MORALES-Sandoval**

## PROBABLE CAUSE STATEMENT

On February 02, 2008 Senior Patrol Agent L. Gonzales was performing line watch operation in an area commonly known as "Spooner Mesa". This area is approximately 4 miles west of the San Ysidro, California, Port of Entry and 100 yards north to the United States/Mexico International Boundary Fence. This area is frequently used by undocumented aliens to further their entry into the United States. Agent Gonzalez, was advised, via service radio, of a seismic sensor activation in "Spooner's Mesa. After a brief search, Agent Gonzalez found two individuals hiding in some brush in an attempt to conceal themselves. Agent Gonzalez identified himself as a Border Patrol Agent, and conducted an immigration inspection in each of the individuals. Both subjects including one later identified as the defendant, Ignacio MORALES-Sandoval, freely admitted to being citizens and nationals of Mexico illegally present in the United States, and did not possess any immigration documents that would allow them to legally enter or remain in the United States. At approximately 12:30 pm., Agent Gonzalez arrested the individuals including the defendant and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 2, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.