**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Ignacio Morales-Sandoval

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08MJ0305 |
| Plaintiff, | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| IGNACIO MORALES-SANDOVAL, | ) |
| Defendant. | ) |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:      February 5, 2008          /s/ Erica K. Zunkel
                                      **ERICA K. ZUNKEL**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Ignacio Morales-Sandoval